# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARTHA FORREST, Defendant. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:08CR671DAK |

Defendant Martha Forrest has filed a motion for early termination of her supervised release. On May 28, 2010, Defendant was sentenced to thirty-six months probation. Defendant's sentence included six months of home confinement and a monetary assessment of $200.00, both of which have been met. Defendant's probation is not scheduled to terminate until May 2013.

Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in Section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), the court may terminate a term of supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." Defendant's motion is premature because it has been filed prior to the completion of one year of supervised release. The court can only terminate a period of supervised release after the termination of at least one year. The court, however, is willing to consider a similar motion at a later date. Defendant's current motion to terminate probation is

DENIED.

DATED this 5th day of April, 2011.

_____
DALE A. KIMBALL
United States District Judge